UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 20-01586
LATRICIA THOMPSON )
  )  Chapter: 13
  )  Honorable Janet S. Baer
  )  DuPage
Debtor(s) )

## ORDER GRANTING MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and with due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED THAT:

1) The Debtor's chapter 13 plan is modified to cease payments to the US Department of Education. The student loan payments are currently in deferment. If the student loan payments come due during the plan period, the Debtor will make the payments directly.

2) Part 5.2 of the Debtor's chapter 13 plan is modified to read: "Name of Creditor: US Department of Education; Current installment payment: $0.00; Amount of arrearage to be paid: $0.00; Estimated total payments by trustee: $0.00."

3) The Debtor's chapter 13 plan payment is lowered to $100.00 per month for the remainder of her plan, starting with her March 2021 payment.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 05, 2021

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com